People of the State of Illinois, Appellee, v. Laura Patterson, Appellant.

Gen. No. 47,375. 

First District, Third Division.

June 4, 1958.

Released for publication July 18, 1958.

Herbert M. Wetzel (Demetri M. Spiro, of counsel) for appellant; Benjamin S. Adamowski, State's Attorney of Cook county (Francis X. Riley, and John J. Stamos, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUSTICE FRIEND. Not to be published in full.